FILED

09/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0612

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0612

_____

DALE YATSKO AND JANELLE YATSKO
d/b/a GREEN CREEK DISPENSARY,

     Plaintiff and Appellees,

  v.                         O R D E R

CASCADE COUNTY, MONTANA,

     Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 14 2022